Submitted on briefs April 14, dismissed by opinion April 21, petition for rehearing denied May 25, 1972

# TILLAMOOK CITY, *Respondent, v.*
# BOGART, *Appellant.*

496 P2d 34

Oscar D. Howlett, Portland, for appellant.

Douglas E. Kaufman, and McMinimee & Kaufman, Tillamook, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

**PER CURIAM.**

■ Appeal dismissed on court's own motion for want of jurisdiction since no constitutional issue is presented in this appeal from conviction for violation of a city ordinance. ORS 221.360. *See, City of Portland v. Trumbull Asphalt,* 2 Or App 1, 463 P2d 606, Sup Ct *review denied* (1970); *City of Salem v. Kimball,* 5 Or App 49, 482 P2d 191 (1971).

■ In situations like this city attorneys would be well advised to file motions to dismiss, as we previously suggested in footnote 1 in *City of Salem v. Kimball,* supra.

Appeal dismissed.